UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTHONY DELLA MURA,

                **Plaintiff,**

      *- against –*                                        19 CV 8699 (LMS)

RICHARD THOMAS, et al.,                          <u>ORDER</u>

                **Defendants.**

---

**THE HONORABLE LISA MARGARET SMITH, U.S.M.J.[1]**

      In light of the Court's decision on City Defendants' Motion to Disqualify Counsel, the Court expects that replacement counsel will be in place within 30 days, and amends the briefing schedule for motions to dismiss as follows:  Moving brief(s) must be filed no later than June 29, 2020; opposing briefs must be filed no later than July 29, 2020; and, replies must be filed no later than August 14, 2020.  The Clerk of the Court is respectfully directed to terminate the pending motions to dismiss at Docket Entry Nos. 69 and 70.

Dated: April 30, 2020
       White Plains, New York        **SO ORDERED,**

                                                            _____
                                                            Lisa Margaret Smith
                                                            United States Magistrate Judge
                                                            Southern District of New York

---

[1] The parties (except for Defendant Marable who has not appeared in this action) consented to the undersigned's jurisdiction pursuant to 28 U.S.C. § 636(c) on March 30, 2020.  ECF No. 68.