UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY DELLA MURA,

                **Plaintiff,**

     *- against –*                          **19 CV 8699 (LMS)**

RICHARD THOMAS, et al.,                      **ORDER**

                **Defendants.**

**THE HONORABLE LISA MARGARET SMITH, U.S.M.J.[1]**

On April 30, 2020, the Court announced its expectation that Defendant Richard Thomas and Defendant Lawrence Porcari would secure replacement counsel within 30 days. ECF No. 72. As of today, no new notices of appearance have been filed. Therefore, Defendant Thomas and Defendant Porcari are directed to provide a status update to the Court within 14 days that includes each Defendant's contact information and each Defendant's attempts to obtain counsel. Since the Court does not have contact information for Defendant Thomas and Defendant Porcari, it directs prior counsel to provide a copy of this Order to their former clients. A copy of this Order has been provided by chambers to prior counsel by email.

On April 30, 2020, the Court separately directed City Defendants to inform the Court whether Judge Zuckerman's decision had been unsealed for use in this matter. ECF No. 71. As of today, City Defendants have not provided this information to the Court. Therefore, City Defendants are directed to provide the requested information within 14 days.

---

[1] The parties (except for Defendant Marable who has not appeared in this action) consented to the undersigned's jurisdiction pursuant to 28 U.S.C. § 636(c) on March 30, 2020. ECF No. 68.

2

Dated: June 9, 2020
      White Plains, New York    **SO ORDERED,**

_____
Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York