

**Littler Mendelson, PC**
290 Broadhollow Road
Suite 305
Melville, NY 11747

March 24, 2021

Ira D. Wincott
631.247.4718 direct
631.247.4700 main
631.824.9249 fax
iwincott@littler.com

**VIA ECF**

Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street,
White Plains, New York 10601-4150

Re: *Anthony Della Mura v. Lawrence Porcari, et al.*,
  Case No. 7:19-cv-8699 (AEK)

Dear Magistrate Judge Krause:

This firm represents Defendant Richard Thomas, former Mayor of the City of Mount Vernon (the "City"), in the above-captioned action. We write to provide the Court with an update regarding the status of our outstanding legal invoices in connection to our defense of this matter and in response to the letter of counsel for the City, dated March 19, 2021 (Dkt. No. 120), providing the Court with their update on non-payment of our legal fees. On or about March 16, 2021, we did receive a check from the City; however, this check did not come close to paying our outstanding invoices. That payment represented payment for only one of our invoices submitted to the City in connection with the *Della Mura* matter, dated November 13, 2020, in the amount of $838.00. To date, we have three (3) invoices outstanding, dated December 20, 2020, January 25, 2021 and February 26, 2021, respectively, totaling $12,531.00. We have had no communication from the City or the Comptroller as to when we can expect compliance with the Court's Order and receive full payment.

Therefore, we respectfully request that the Court Order the City of Mount Vernon to immediately make payment of all outstanding invoices.

Thank you for the Court's time and attention to this matter.

Respectfully submitted,

/s/ Ira D. Wincott

Ira D. Wincott
Shirley W. Bi

cc: All Attorneys of Record (via ECF)

4832-4222-9730.2 107766.1003

---

Defendants City of Mount Vernon and Thomas are directed to submit a letter by this Friday, May 7, 2021, not exceeding five pages, briefing the Court on its authority to compel payment of the legal fees at issue in this case (similar to the letter Defendants submitted to the Court on April 30, 2021 in *Kelly v. City of Mount Vernon, et al.*, 19 Civ. 11369, ECF No. 154).

Dated: May 3, 2021

_____
ANDREW E. KRAUSE
United States Magistrate Judge